UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **RONNIE MARTINEZ**, <br><br> *Plaintiff*, <br><br> v. <br><br> **JUAN CARLOS CHACON CHAVEZ, NATHAN TIERNEY, and GROUNDBREAKERS, LLC,** <br><br> *Defendants*. | § § § § § § § § § § § §  EP-23-CV-00138-DCG |

## ORDER DISMISSING CASE WITH PREJUDICE

The parties report that they've "reached a settlement agreement that resolves all claims and causes of action" in the above-captioned case.[1] The parties have accordingly filed a Joint Stipulation to dismiss the case with prejudice.[2]

The Court thus **DISMISSES** the above-captioned case **WITH PREJUDICE**. Each party shall bear its own attorney's fees, costs, and expenses.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 3rd day of October 2023.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

---

[1] Stipulation, ECF No. 14, at 1.

[2] *Id.*